IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Rivera, Luis

Printed: 7/8/08

Case Number: 08 B 01165
Judge: Wedoff, Eugene R
Filed: 1/18/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 22, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,347.21 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,194.64 |
| Trustee Fee: |  | 152.57 |
| Other Funds: |  | 0.00 |
| Totals: | 2,347.21 | 2,347.21 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Bennie W Fernandez | Administrative | 2,873.00 | 2,194.64 |
| 2. | Eastern Savings Bank | Secured | 0.00 | 0.00 |
| 3. | Eastern Savings Bank | Secured | 47,636.14 | 0.00 |
| 4. | Bass & Associates | Unsecured | 485.89 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 539.16 | 0.00 |
| 6. | MCI | Unsecured | 83.72 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 1,538.57 | 0.00 |
| 8. | Midnight Velvet | Unsecured |  | No Claim Filed |
| 9. | Midnight Velvet | Unsecured |  | No Claim Filed |
| 10. | Midland Credit Management | Unsecured |  | No Claim Filed |
| 11. | Midland Credit Management | Unsecured |  | No Claim Filed |
| 12. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 13. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 14. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 15. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 16. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 17. | Chase Manhattan Mortgage Corp | Unsecured |  | No Claim Filed |
| 18. | Pinnacle Credit Services | Unsecured |  | No Claim Filed |
| 19. | Park Dansan | Unsecured |  | No Claim Filed |
| 20. | Pinnacle Credit Services | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 53,156.48 | $ 2,194.64 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 152.57 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Rivera, Luis | Case Number:  08 B 01165 |
| | Judge:  Wedoff, Eugene R |
| Printed:  7/8/08 | Filed:  1/18/08 |

_____
$ 152.57

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____